UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01995-WYD

PATRICIA NORWOOD-FEAR,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Alter or Amend Judgment filed August 1, 2006, is **GRANTED** pursuant to FED. R. CIV. P. 59(e).  I find that Plaintiff has demonstrated that the phrase "through her date last insured" should be redacted and the Order otherwise altered as set forth in Plaintiff's motion to prevent manifest injustice.  An Amended Order which amends the conclusion of the Order is filed simultaneously with this Minute Order.

    Dated:  August 2, 2006