UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01995-WYD

PATRICIA NORWOOD-FEAR,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Court Order for Payment of Costs (filed August 30, 2006) is **GRANTED**.  Defendant shall pay Plaintiff's costs in the amount of $270.00.

    Dated:  August 30, 2006