IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01995-WYD

PATRICIA NORWOOD-FEAR,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Petition for Attorney Fees Under Equal Access to Justice Act (EAJA), 28 USC § 2412(d) (filed November 5, 2006) is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.  Also, the Petition exceeds the page limits imposed by Section II.C. of the Court's Practice Standards.

    Dated:  November 6, 2006