UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01995-WYD

PATRICIA NORWOOD-FEAR,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Motion for Allowance of Attorney's Fees from Past Due Benefits (filed February 16, 2005). The motion asserts that Plaintiff's Motion for Allowance of Attorney's Fees From Past Due Benefits (filed January 22, 2007) should be dismissed because it can be resolved without further action by this Court. The Court, having reviewed the motions and being fully advised in the premises,

ORDERS that Plaintiff's Motion to Dismiss Motion for Allowance of Attorney's Fees from Past Due Benefits (filed February 16, 2005) is **GRANTED**. It is

FURTHER ORDERED that Plaintiff's Motion for Allowance of Attorney's Fees From Past Due Benefits (filed January 22, 2007) is **DENIED AS MOOT**.

    Dated: March 7, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge